AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Harmon, Melinda | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/17/2019    − |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk, Suite 9114
Houston
Texas 77002

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | ExxonMobil Employment Pension | $15,825.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Partner, Crain, Caton & James Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 (H)1 | | | | | | | | | |
| 2. | ----ExxonMobil | F | Dividend | P1 | T | | | | | |
| 3. | ----Invesco Amer Franchise A | E | Distribution | O | T | | | | | |
| 4. | ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 5. | IRA #2 (H) | | | | | | | | | |
| 6. | ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. | ----Invesco Amer Franchise A | C | Distribution | L | T | | | | | |
| 8. | IRA #3 (H) | | | | | | | | | |
| 9. | ----Triumph Resources | | None | J | T | | | | | |
| 10. | ----Virtus Global Divid Income Fund | A | Dividend | J | T | | | | | |
| 11. | ----Invesco Amer Franchise A | D | Distribution | M | T | Sold (part) | 11/15/17 | J | B | |
| 12. | | | | | | Sold (part) | 11/24/17 | J | A | |
| 13. | | | | | | Sold (part) | 12/15/17 | J | B | |
| 14. | ----Alliance Bernstein Large Cap Growth Fund, Class C | B | Distribution | K | T | Sold (part) | 11/15/17 | J | B | |
| 15. | | | | | | Sold (part) | 11/24/17 | J | A | |
| 16. | ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 17. | LAW FIRM 401 K PROFIT SHARING PLAN | F | Int./Div. | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. REAL ESTATE, DALLAS, DALLAS COUNTY, TX PARCEL 2 | B | Rent | J | Q | | | | | |
| 19. EXTRAORDINARY LIFE POLICY, NORTHWESTERN MUTUAL | B | Dividend | L | T | | | | | |
| 20. NORTHWESTERN MUTUAL "65 LIFE" POLICY #1 | A | Dividend | J | T | | | | | |
| 21. NORTHWESTERN MUTUAL "65 LIFE" POLICY 2 | | None | J | T | | | | | |
| 22. NORTHWESTERN MUTUAL "65 LIFE" POLICY #3 | | None | J | T | | | | | |
| 23. ABBV common | A | Dividend | J | T | Sold (part) | 04/21/17 | J | B | |
| 24. MO common | A | Dividend | J | T | Sold (part) | 04/21/17 | J | C | |
| 25. CVX common | A | Dividend | J | T | | | | | |
| 26. GE common | A | Dividend | J | T | | | | | |
| 27. XOM common | A | Dividend | J | T | | | | | |
| 28. JNJ common | A | Dividend | J | T | Sold (part) | 04/21/17 | J | C | |
| 29. MSFT common | A | Dividend | J | T | | | | | |
| 30. PM common | A | Dividend | J | T | Sold (part) | 04/21/17 | J | C | |
| 31. PG common | A | Dividend | J | T | | | | | |
| 32. Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 33. Chase Checking | A | Interest | K | T | | | | | |
| 34. Chase Savings | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TXN common | A | Dividend | J | T | | | | | |
| 36. GM common | A | Dividend | | | Sold | 10/23/17 | J | B | |
| 37. INTC common | A | Dividend | | | Sold | 04/21/17 | J | B | |
| 38. MRK common | A | Dividend | J | T | | | | | |
| 39. UTX common | A | Dividend | J | T | | | | | |
| 40. GOOGL | | None | J | T | | | | | |
| 41. AAPL common | A | Dividend | K | T | Buy | 10/23/17 | J | | |
| 42. HD common | A | Dividend | J | T | | | | | |
| 43. CSCO common | A | Dividend | J | T | | | | | |
| 44. BSM common | A | Distribution | J | T | Buy | 08/29/17 | J | | |
| 45. XON common X | A | Dividend | K | T | Open | | K | | |
| 46. iShares MSCI EAFE Small Cap Et X | A | Dividend | J | T | | | | | |
| 47. iShares Russ 2000 ETF X | A | Dividend | J | T | | | | | |
| 48. iShares Russ 3000 ETF X | A | Dividend | J | T | | | | | |
| 49. iShares MSCL EAFE Value ETF X | A | Dividend | J | T | | | | | |
| 50. Vanguard FTSE Dev Mkts ETF X | A | Dividend | J | T | | | | | |
| 51. VanGuard Large Cap EFT X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AB Intermed Diverse Muni A X | A | Dividend | J | T | | | | | |
| 53. American Century T/F BD Cl1 X | A | Dividend | J | T | | | | | |
| 54. Artisan Partners Value Fund X | A | Dividend | J | T | | | | | |
| 55. Blackrock Natl Mun Fund Cl A X | A | Dividend | J | T | | | | | |
| 56. Franklin Fed Tax-Free Income A X | A | Dividend | J | T | | | | | |
| 57. Invesco International Growth X | A | Dividend | J | T | | | | | |
| 58. John Hancock Disciplined Val A X | A | Dividend | J | T | | | | | |
| 59. MFS Municipal High Income X | A | Dividend | J | T | | | | | |
| 60. T Rowe Price Blue Chip Grw I X | A | Dividend | J | T | | | | | |
| 61. Tax Exempt Bond Fd Amer Cl A X | A | Dividend | J | T | | | | | |
| 62. Thornburg Ltd Term Muni Fund A X | A | Dividend | J | T | | | | | |
| 63. Victory Mund Mid-Cap Core Gr A X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 8  I was unable to enter a new line under the header, IRA #3 to amend the report which omitted the aquisition of an investment called TCGB DC II.  It was acquired November 24, 2017, but mistakenly omitted on the 2017 report.  During that reporting period it produced no income, and its value was within Value Code  K.

Line 9 Triumph Resources has never produced any dividends.

Line 14:   Share in ABA Retirement Profit Sharing Plan.  Participant's share is invested in the All Cap Index Equity Fund, a mutual fund and in a self-managed account investing in Dreyfus Appreciation Mutual Fund.

Line 15 Undivided 1/8 interest in a piece of property in Dallas, Dallas County, Texas.  Date of appraisal December 6, 1994.

Lines 18-19 The Annual Policy Statement for these two policies do not reflect a dividend for either of these policies.

Line 37 I have checked and double checked, but this stock did not pay dividends.

Line 42 Upon the death of my mother, half of the asseets of one of her brockerage accounts, which consisted entirely of ExxonMobil stock, were transferred to a new Raymond James Account in my name.

Lines 43-60 Upon the death of ███████, half of the assests of one of ██ brockerage accounts, which consisted of mutual funds and ETF's. were transferred into an Edward Jones Accont in my name.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melinda Harmon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544